1046

[No. 47306-9-I. Division One. May 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. BEASLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06044-6, Richard M. Ishikawa, J., entered August 11, 2000. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 47362-0-I. Division One. May 20, 2002.]

*In the Matter of the Marriage of* HENRY JOHN SHEN, *Respondent*, and STEPHANIE JEAN SHEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-3-02056-7, Richard D. Eadie, J., entered July 7, 2000. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 47428-6-I. Division One. May 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. D.L.A., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-8-06524-9, Dean Scott Lum, J., entered September 5, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47804-4-I. Division One. May 20, 2002.]

MARLENE JOSEPH, *Appellant*, v. THE BOEING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-06054-5, Ronald L. Castleberry, J., entered November 14, 2000. *Affirmed* by unpublished opinion per Baker, J., concurred in by Cox, A.C.J, and Kennedy, J.